**Clifford Lee BAIR, Petitioner—
Appellant,**

v.

**FOLSOM STATE PRISON; et al.,
Respondents—Appellees.**

**No. 06–15118.**

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 13, 2007.*

Filed Aug. 20, 2007.

Clifford Lee Bair, Tracy, CA, pro se.

Benjamin Ramos, Esq., Citrus Heights, CA, for Petitioner–Appellant.

Heather M. Heckler, Office of the Attorney General, Sacramento, CA, for Respondents–Appellees.

Before: KLEINFELD, SILVERMAN, and M. SMITH, Circuit Judges.

MEMORANDUM **

Clifford Lee Bair, a California state prisoner, appeals from the district court's judgment denying his 28 U.S.C. § 2254 petition. We have jurisdiction pursuant to 28 U.S.C. § 2253. We review de novo a district court's decision to deny a § 2254 petition, *Sass v. Cal. Bd. of Prison Terms,*

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

461 F.3d 1123, 1126 (9th Cir.2006), and we affirm.

Bair contends that the California Board of Prison Terms' (the "Board") decision to deem him unsuitable for parole violated his due process rights. We conclude that the Board's decision was supported by some evidence in the record. *See id.* at 1128–29. Accordingly, the state court's decision was neither contrary to, nor based on an unreasonable application of, clearly established federal law, as determined by the Supreme Court of the United States. *See* 28 U.S.C. § 2254(d).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

